# EXHIBIT A

# DOCUMENTS SUBMITTED IN CAMERA